IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN H. VAN STEDUM, <br><br> Plaintiff, <br><br> v. <br><br> PARKWAY CLUB, <br><br> Defendant. | Civil Action No. 12-CV-00646 <br><br> Judge John W. Darrah <br><br> Magistrate Judge Young B. Kim |

**FINAL ORDER APPROVING AND ENTERING
CONSENT DECREE AND DISMISSING CASE WITH PREJUDICE**

THIS CAUSE coming before the Court on the Stipulation for Approval and Entry of Consent Decree and Dismissal of Case against Defendant Parkway Club, Inc., improperly named as Parkway Club, with Prejudice and the Court having reviewed the pleadings and papers filed in this cause, and the Stipulation for Approval and Entry of Consent Decree and being otherwise fully advised in the Premises, it is hereby

ORDER AND ADJUDGED THAT:

1. The Consent Decree, in the form annexed hereto, is APPROVED and ENTERED with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree;

2. The above-captioned cause be and the same is hereby DISMISSED with prejudice;

DONE AND ORDERED this 20th day of November, 2012.

_____
Judge John W. Darrah
UNITED STATED DISTRICT JUDGE

Copies to: Counsel of Record